UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Movant, <br><br> v. <br><br> VITAL FARMS, INC., <br><br> Respondent. | Case No. _____ <br><br> Related Case No.: 1:21-cv-00447 (W.D. Tex.) |

### PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S MOTION TO QUASH NONPARTY SUBPOENA

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Movant People for the Ethical Treatment of Animals, Inc. ("PETA"), by and through undersigned counsel, moves to quash the November 18, 2022 nonparty subpoena *duces tecum* directed to PETA and issued by Vital Farms, Inc.  PETA's grounds for moving to quash the subpoena are set forth in detail in its Brief in Support of this motion filed herewith.

The undersigned certifies that counsel for the parties conferred in good faith in an attempt to narrow the dispute prior to filing this motion.

Respectfully submitted,

Dated: December 30, 2022

/s/ D. McNair Nichols
D. McNair Nichols (VA Bar No. 92431)
K&L GATES LLP
430 Davis Drive, Suite 400
Morrisville, NC 27560

1

P: (919) 466-1117
F: (919) 831-7040
McNair.NicholsJr@klgates.com

Edward P. Sangster (CA Bar No. 121041)[1]
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220
Edward.Sangster@klgates.com

Melissa R. Alpert (Pa. I.D. 330638)[2]
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
P: (412) 355-3779
F: (412) 355-6501
Melissa.Alpert@klgates.com

*Counsel for Movant People for the Ethical Treatment of Animals, Inc.*

---

[1] *Pro Hac Vice Motion forthcoming*.
[2] *Pro Hac Vice Motion forthcoming*.

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  A copy was served by email to the following:

Abby Meyer
SHEPPARD MULLIN
650 Town Center Drive
Tenth Floor
Costa Mesa, CA 92626
P: (714) 513-5100
F: (714) 513-5130
ameyer@sheppardmullin.com

Alyssa Sones
SHEPPARD MULLIN
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
P: (424) 288-5305
F: (310) 228-3980
asones@sheppardmullin.com

*Counsel for Vital Farms, Inc.*

                                                     <u>*/s/ D. McNair Nichols*</u>
                                                     D. McNair Nichols (VA Bar No. 92431)
                                                     K&L GATES LLP
                                                     430 Davis Drive, Suite 400
                                                     Morrisville, NC 27560
                                                     P: (919) 466-1117
                                                     F: (919) 831-7040
                                                     McNair.NicholsJr@klgates.com

                                                     *Counsel for Movant People for the Ethical Treatment of Animals, Inc.*