IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br>　　　　Movant, <br><br>　　v. <br><br>VITAL FARMS, INC., <br><br>　　　　Respondent. | ) ) ) ) ) ) ) Case No. 2:22-mc-00024-EWH-RJK ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Parties People for the Ethical Treatment of Animals, Inc. ("PETA"), Foundation to Support Animal Protection d/b/a PETA Foundation ("FSAP"; together, the "Subpoenaed Entities"), and Vital Farms, Inc. ("Vital Farms") jointly file this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) pursuant to a Settlement Agreement resolving all claims regarding the attorney's fees awarded to the Subpoenaed Entities, with prejudice, in the above captioned case.

Dated: December 22, 2023

Respectfully submitted,

*/s/ Casey Trombley-Shapiro Jonas*
Casey Trombley-Shapiro Jonas
(VA Bar No. 93988)
Almas Abdulla (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800
cjonas@zuckerman.com
aabdulla@zuckerman.com

*Counsel for People for the Ethical Treatment of Animals, Inc. and Foundation to Support Animal Protection d/b/a PETA Foundation*

Dated: December 22, 2023        Respectfully submitted,

/s/ *Paul Werner*
Paul Werner
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Tel. (202) 747-1900
Fax (202 747-1901
pwerner@sheppardmullin.com

P. Craig Cardon (*pro hac vice)*
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Tel. (310) 228-3700
ccardon@sheppardmullin.com

Abby H. Meyer (*pro hac vice*)
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Tel. (714) 424-2811
ameyer@sheppardmullin.com

*Counsel for Vital Farms, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Casey Trombley-Shapiro Jonas*
Casey Trombley-Shapiro Jonas
